IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 08 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00862-BNB

TARIK RAZKANE,

    Petitioner,

v.

JANET NAPOLITANO, in her official capacity as Secretary of the Department of Homeland Security,
ALEJANDRO MAYORKAS, in his official capacity as the Director of United States Citizenship and Immigration Services, and
GERARD HEINAUER, in his official capacity as the Director of the Nebraska Service Center of United States Citizenship and Immigration Services,

    Respondents.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 8, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00862-BNB

Bryon M Large
The Large Law Firm, LLC
***DELIVERED ELECTRONICALLY***

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk